UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x

1070 PARK AVENUE CORPORATION,       Civil Action
    Docket No.: 17-CV-2474(JMF)

                 Plaintiff,

-against-

    *Hon. Jesse M. Furman, U.S.D.J.*

FIREMAN'S FUND INSURANCE COMPANY,

                 Defendant.
------------------------------------------------------------x

### **PLAINTIFF'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, 1070 PARK AVENUE CORPORATION, by its attorneys, WILKOFSKY, FRIEDMAN, KAREL & CUMMINS, and pursuant to Fed. R. Civ. P. 56(c), cross moves that the Court enter summary judgment, declaring that Defendant as a matter of law, is liable to Plaintiff for the damages complained of under the subject policy of insurance issued by Defendant herein.

     The grounds for Plaintiff's motion are set forth in the memorandum of law, Rule 56.1 Statement, certification, exhibits, filed herewith.

Dated: New York, New York
        February 14, 2018

                                     WILKOFSKY, FRIEDMAN,
                                     KAREL & CUMMINS

         By: _____
                                     DAVID B. KAREL
                                     *Attorneys for Plaintiff*
                                     299 Broadway - Suite 1700
                                     New York, New York 10007
                                     (212) 285-0510

To:    Jay Weintraub
       Lewis Brisbois Bisgaard Smith
       Attorneys for Defendant
       77 Water St, # 2100
       New York, New York 10005

20171/17J110.L55